| PROB.22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:12CR00013-001ML |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 12cr 10392 |

| NAME AND ADDRESS OF PROBATIONER | DISTRICT | DIVISION |
|---|---|---|
| **Mohamad Mohamad** Massachusetts | Rhode Island | Providence |
| | NAME OF SENTENCING JUDGE Honorable Mary M. Lisi Chief U.S. District Judge | |
| | DATES OF PROBATION | FROM: June 28, 2012 |  TO: June 27, 2017 |

OFFENSE

**Count 1**: Knowingly Transporting, Receiving, Possessing, Selling and Distributing in Excess of 10,000 Contraband Cigarettes, in violation of Title 18, United States Code, §2342(a), a Class D felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF MASSACHUSETTS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

November 26, 2012                     *[signed]* Mary M. Lisi

Date                                              Honorable Mary M. Lisi
                                                  Chief U.S. District Court Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

12 26 26                              *[signed]*

Date                                   United States District Judge